# UNITED STATES DISTRICT COURT
Western District of Arkansas
## U.S. Probation / Pretrial Services

**Myron Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain Road
Fayetteville, Arkansas 72701
(479) 442-9892
Fax - (479) 442-5276

March 11, 2008

Honorable Jimm Larry Hendren
Chief U.S. Judge
Fayetteville, Arkansas 72701

RE:    **STEVENS, Donald Lee**
       **Dkt #5:04CR50046-001**
       **VIOLATION REPORT**

Dear Judge Hendren:

This is to seek the court's guidance in the matter of supervision in this case.  On April 20, 2005, Your Honor sentenced the defendant to 18 months imprisonment and a 3 year term of supervised release for Bank Larceny in violation of 18 U.S.C. 2113(b).  The defendant was given a $100 special assessment and restitution ordered in the amount of $140,175.88.  He was released from prison to supervision on August 18, 2006, and later his supervision was transferred to Eastern District of Arkansas on November 7, 2006.

On March 10, 2008, the defendant was involved with the bank robbery of the Arvest bank branch located in Hindsville, Arkansas.  He and his accomplice, Natalie Abbott, robbed the bank using a small handgun later found in Stevens' vehicle.  Stevens is currently being detained in the Madison County Jail located in Huntsville, Arkansas. He was charged with commercial burglary, aggravated robbery, and theft.  In view of the above, I am requesting that the court issue a warrant for Mr. Stevens to have him return to the court due to his violations. Should Your Honor require further information, please advise.

Sincerely,

William E. Dunn, Jr.
Supervising U.S. Probation Officer

✔  Issue a warrant
___  Other _____

Honorable Jimm Larry Hendren          Date   3/11/08
Chief U.S. District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 11 2008

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK