# UNITED STATES DISTRICT COURT
## Western District of Arkansas
## U.S. Probation / Pretrial Services

**Myron Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain Road
Fayetteville, Arkansas 72701
(479) 442-9892
Fax - (479) 442-5276

July 30, 2008

Honorable Jimm Larry Hendren
Chief U.S. Judge
Fayetteville, Arkansas 72701

RE: **STEVENS, Donald Lee**
**Dkt #5:04CR50046-001**
**STATUS REPORT**

Dear Judge Hendren:

This is to seek the court's guidance in the matter of supervision in this case. On March 11, 2008, a letter was presented to the court reporting that Mr. Stevens was involved in a bank robbery, a violation of his term of supervised release. Mr. Stevens has since appeared before the court and entered a guilty plea to the bank robbery and is pending a sentencing on the new charge. USPO Donna Brown is preparing the presentence report for the bank robbery case.

My request is that the court take no action on Mr. Stevens, violation of his supervised release case, at this time, but consider the violation at the time of his sentencing on his new charge. Should Your Honor require further information, please advise.

Sincerely,

William E. Dunn Jr.
Supervising U.S. Probation Officer

____ ~~Take no~~ Action
____ Other_____

_____ 7/31/08
Honorable Jimm Larry Hendren    Date
Chief U.S. District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 31 2008

CHRIS R. JOHNSON, CLERK
BY _____
   DEPUTY CLERK